UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ARVELL BALLEW, | ) | NO. CV 09-01977 DOC (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. | ) | |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| LINDA SANDERS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1  **IT IS ORDERED** that the Petition is denied and Judgment shall be
2  entered dismissing this action with prejudice.
3
4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner and counsel for Respondent.
6
7  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
8
9  DATED: March 13, 2010
10
                                     _____
11                                   DAVID O. CARTER
                                     UNITED STATES DISTRICT JUDGE