# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARVELL BALLEW,<br><br>        Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>        Respondent. | NO. CV 09-01977 DOC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 13, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE